Eastern District of Kentucky
FILED
DEC 0 1 2025
At Pikeville
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# PIKEVILLE

**UNITED STATES OF AMERICA**

**V.**                     INFORMATION NO. 7:25-CR-30-REW
                                      18 U.S.C. § 1519

**MICHAEL J. CHILDERS**

\*     \*     \*     \*     \*

**THE UNITED STATES ATTORNEY CHARGES:**

On or about April 13, 2021, in Martin County, in the Eastern District of Kentucky,

**MICHAEL J. CHILDERS,**

acting in relation to and in contemplation of a matter within the jurisdiction of the United States, knowingly falsified and made a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, **CHILDERS**, acting under color of law as a lieutenant at United States Penitentiary ("USP") Big Sandy, wrote an incident report documenting a false account of his interactions with inmate J.B., who had been assaulted by USP Big Sandy staff, intending to cover up the unlawful assault of J.B. The incident report was false and misleading in that **CHILDERS** (1) falsely claimed that J.B. struck **CHILDERS** in the head and upper torso with J.B.'s head and with a closed fist; and (2) falsely claimed that J.B. caused **CHILDERS**

to bleed slightly and become dizzy, because, as **CHILDERS** then well knew, J.B. did not strike him and did not cause him any injuries.

All in violation of 18 U.S.C. § 1519.

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

HARMEET K. DHILLON
ASSISTANT ATTORNEY GENERAL
Civil Rights Division

## PENALTIES

Not more than 20 years of imprisonment, not more than a $250,000.00 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture, if applicable.